**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

VINCULUM, INC.,

                Petitioner

        v.

GOLI TECHNOLOGIES, LLC,

                Respondent

 :  No. 682 MAL 2021
 :
 :
 :
 :  Petition for Allowance of Appeal
 :  from the Order of the Superior Court
 :
 :
 :
 :
 :
 :
 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, as stated by petitioner, are:

(1)    Whether the trial court erred as a matter of law by finding that [Petitioner] proved the elements of its claim for breach of contract, and yet refusing to enforce the nondiscretionary attorney's [sic] fees provision in the contract?

(2)    Whether the trial court erred as a matter of law by sustaining [Respondent's] objections to questions at trial concerning profits beyond one-year post-breach, and thereby imposing an arbitrary one-year limitation on [Petitioner's] damages?